944 A.2d 77

**In re the Nomination Papers of Jennifer L. MANN
as Candidate for State Treasurer of the
Commonwealth of Pennsylvania.**

**Appeal of Jennifer L. Mann.**

Supreme Court of Pennsylvania.

Submitted on Briefs March 27, 2008.

Decided April 7, 2008.

Matthew Todd Croslis, Croslis Law Offices, L.L.C., Karen M. Balaban, for Jennifer L. Mann, appellant.

Lawrence M. Otter, Harrisburg, for Helene Ratner and John Mundie, appellees.

BEFORE: CASTILLE, C.J., SAYLOR, EAKIN, BAER, TODD and McCAFFERY, JJ.

## ORDER

PER CURIAM.

**AND NOW,** this 7th day of April, 2008, the Order of the Commonwealth Court is **AFFIRMED.**